UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| GRANGE INSURANCE COMPANY, | ) | *Electronically Filed* |
| | ) | **CASE NO. 3:22-cv-00532-GNS** |
| PLAINTIFF, | ) | |
| VS. | ) | |
| WOLFORD INVESTMENT COMPANY, INC.; WAYNE EPPERSON; COURTNEY JOHNSON; WAYNE EPPERSON, as Parent, Guardian, and Next Friend of minor, EV. E.; and WAYNE EPPERSON, as Parent, Guardian, and Next Friend of minor, EL. E, | ) | |
| DEFENDANTS | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, via their respective undersigned counsel, hereby stipulate that all claims of Grange Insurance Company against Wolford Investment Company, Inc.; Wayne Epperson; Courtney Johnson; Wayne Epperson, as Parent, Guardian, and Next Friend of minor EV. E; and Wayne Epperson as Parent, Guardian, and Next Friend of minor, EL. E., in this civil action may be dismissed, with each party to bear its own costs. In further support of this Joint Stipulation, the parties advise that the order of summary judgment entered in the underlying litigation pending before the Jefferson Circuit Court, Civil Action No., 22-CI-004346, became final on or about December 31, 2023, rendering the insurance coverage issues presented in the present declaratory judgment action moot.

Respectfully submitted this _____ day of _____, 2024.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Elizabeth M. Bass*
Melissa Thompson Richardson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
Email: Melissa@WaltersRichardson.com

AND

Elizabeth M. Bass
700 East Main Street, Suite 201
Hendersonville, TN 37075
Telephone: (615) 919-9090
Facsimile: (859) 219-9292
Email: Elizabeth@WaltersRichardson.com
COUNSEL FOR PLAINTIFF,
GRANGE INSURANCE COMPANY

AND

SMITH & HOSKINS, PLLC

*/s/ Gregory L. Smith (by EMB w/permission)*
Gregory L. Smith
SMITH & HOSKINS, PLLC
6010 Brownsboro Park Blvd., Suite B
Louisville, KY 40207
Telephone: (502) 899-5220
Email: gsmith@smith-hoskins.com
COUNSEL FOR DEFENDANT,
WOLFORD INVESTMENT COMPANY

AND

ALEX R. WHITE, PLLC

*/s/ Marc Hellmueller (by EMB w/permission)*
Marc Hellmueller
904 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
Email: marc@arwhitelaw.com
COUNSEL FOR CLAIMANTS:
WAYNE EPPERSON, COURTNEY JOHNSON,
WAYNE EPPERSON AS PARENT, GUARDIAN,
AND NEXT FRIEND OF MINOR, EV.E, AND
WAYNE EPPERSON, AS PARENT, GUARDIAN,
AND NEXT FRIEND OF MINOR, EL.E.

## **CERTIFICATE OF SERVICE**

On January 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Elizabeth M. Bass*
COUNSEL FOR PLAINTIFF,
GRANGE INSURANCE COMPANY

7383.007489C:\NRPortbl\Golden_and_Walters\KIM\2317770_1.DOCX